UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAREZ ROBERTS,<br><br>　　　　　　　　　Defendant. | Case No.: '22 MJ03654<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about October 5, 2022, within the Southern District of California, the defendant, Jarez ROBERTS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a Taurus, model G2C, 9mm handgun, bearing an obliterated serial number; and, a Marlin, model 60, .22 caliber rifle, bearing serial number 13334491; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
JEFFREY WAKELIN
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 6th day of October 2022.

_____
HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from both my own personal experiences and having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about October 5, 2022, ATF San Diego Field Office served a federal search warrant, *see* 22-mj-3598, at Jarez ROBERT's residence located at 1418 Helix Street in Spring Valley, California, within the Southern District of California. During a search of a shed located in the backyard of the residence, agents found two firearms: a Taurus, model G2C, 9mm handgun, bearing an obliterated serial number; and, a Marlin, model 60, .22 caliber rifle, bearing serial number 13334491.

Prior to a search of the property, ROBERTS told agents that there was a .22 caliber rifle inside of a locked shed in the backyard. ROBERTS added that the key to the lock could be found on a keychain inside of his pants pocket in his bedroom. Agents searched the shed and located the two firearms and multiple articles of paperwork bearing the name Jarez ROBERTS' and the address 1418 Helix Street, Spring Valley, California. The Taurus handgun was found loaded and inside of a plastic box. The box also contained additional handgun magazines and approximately 30 rounds of assorted 9mm and .40 caliber ammunition. Inside the same box with the handgun, agents also found several individual clear plastic baggies, which were presumptively determined to contain methamphetamine. The total weight of the methamphetamine was determined to be approximately 34.4 grams.

Prior to the execution of the search warrant, a records check for ROBERTS revealed the following relevant criminal history:

//
//
//

| Conviction Date | Court of Conviction | Charge | Term of Imprisonment |
|---|---|---|---|
| 12/01/2000 | California Superior Court – San Diego | California Health and Safety § 11351.5- Purchase Cocaine Base for Sale | 3 Years Prison |
| 03/14/2003 | California Superior Court – San Diego | California Health and Safety § 11351.5-Purchase Cocaine Base for Sale | 3 Years Prison |
| 06/22/2005 | California Superior Court – San Diego | California Health and Safety § 11359-Possession of Marijuana for Sale | 2 years Prison |
| 03/12/2012 | California Superior Court – San Diego | California Health and Safety § 11370.1(A)- Possession of a Controlled Substance While Armed<br><br>California Health and Safety § 11352 (A)- Transport/Sell Narcotic/Controlled Substance W/ Prior Controlled Substance Conviction | 11 Years Prison |

The firearms were seized and inspected. Preliminary checks revealed that both firearms were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.