FILED
Nov 01 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ cynthial DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAREZ ROBERTS,<br><br>　　　　Defendant. | Case No. '22 CR2488 TWR<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 922(k) – Possession of Firearm with an Obliterated Serial Number; Title 18, U.S.C., Sec. 922(a)(3) – Unlicensed Transportation of Firearms; Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, U.S.C., Sec. 924(d)(1), Title 21, U.S.C., Sec. 853 and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about October 5, 2022, within the Southern District of California, defendant JAREZ ROBERTS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a Taurus, model G2C, 9mm handgun, bearing an

ADHA:nlv:San Diego:10/31/22

obliterated serial number; and a Marlin, model 60, .22 caliber rifle, bearing serial number 13334491; in violation of Title 18, United States Code, Section 922(g)(1).

### Count 2

On or about October 5, 2022, within the Southern District of California, defendant JAREZ ROBERTS, knowingly possessed a firearm, which had the manufacturer's serial number removed, obliterated, and altered, and which had traveled in and affected interstate commerce, to wit: a Taurus, model G2C, 9mm handgun, bearing an obliterated serial number; in violation of Title 18, United States Code, Section 922(k).

### Count 3

On or about, and between, June 6, 2022, and October 5, 2022, within the Southern District of California, defendant JAREZ ROBERTS, a person not having a valid Federal Firearm License, did knowingly obtain in the State of Arizona and then intentionally transport into the State of California, a firearm, to include: a 9mm SCCY, model CPX-2 handgun, bearing serial number C300655; in violation of Title 18, United States Code, Section 922(a)(3).

### Count 4

On or about October 5, 2022, within the Southern District of California, defendant JAREZ ROBERTS did knowingly and intentionally possess, with intent to distribute, 5 grams or more of actual methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 5

On or about, and between, September 30, 2022, and October 5, 2022, within the Southern District of California, defendant JAREZ ROBERTS, in furtherance of a drug trafficking crime for which the defendant may be

prosecuted in a court of the United States, namely, the violations of Title 21, United States Code, Section 841(a)(1) charged in Count 4 of this Indictment, did knowingly possess a firearm, that is, a Taurus, model G2C, 9mm handgun, bearing an obliterated serial number; and a Marlin, model 60, .22 caliber rifle, bearing serial number 13334491; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 5 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. Upon conviction of the offenses alleged in Counts 1, 2, 3, and 5 of this Indictment, and pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), defendant JAREZ ROBERTS, shall forfeit to the United States all firearms and ammunition involved in the offenses. The property to be forfeited includes, but is not limited to: a Taurus, model G2C, 9mm handgun, bearing an obliterated serial number, a Marlin, model 60, .22 caliber rifle, bearing serial number 13334491, and a 9mm SCCY, model CPX-2 handgun, bearing serial number C300655.

3. Upon conviction of the felony offense alleged in Count 4 of this Indictment, which offense is subject to imprisonment for greater than one year, defendant JAREZ ROBERTS shall forfeit to the United States all property, that constitutes or is derived from any proceeds he obtained directly or indirectly, as a result of the violation, and all

1  property used or intended to be used, ~~in any manner or part, to commit~~
2  or to facilitate the commission of the violation.
3      4.   If any of the above-described forfeitable property, as a
4  result of any act or omission of the defendant:
5      a.   cannot be located upon the exercise of due diligence;
6      b.   has been transferred or sold to, or deposited with, a third
7  party;
8      c.   has been placed beyond the jurisdiction of the Court;
9      d.   has been substantially diminished in value; or
10     e.   has been commingled with other property which cannot be
11 subdivided without difficulty; it is the intent of the United States,
12 pursuant to Title 21, United States Code, Section 853(p), as incorporated
13 by Title 28, United States Code, Section 2461(c), to seek forfeiture of
14 any other property of the defendant up to the value of the said property
15 listed above as being subject to forfeiture.
16 All pursuant to Title 18, United States Code, Section 924(d)(1),
17 Title 21, United States Code, Section 853, and Title 28, United States
18 Code, Section 2461(c).
19     DATED:   November 1, 2022.

23 RANDY S. GROSSMAN
   United States Attorney
24
25 By:
26     _____
       ANDREW R. HADEN
27     Assistant U.S. Attorney